UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

VALENTIN REID, individually and on behalf of all others similarly situated;

            Plaintiff,

  -v.-

SPORTSMAN'S WAREHOUSE, INC.,

            Defendants.

---------------------------------------------------------------------------x

Civil Action No: 1:19-cv-9441

## NOTICE OF SETTLEMENT

  Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a Stipulation of Dismissal with prejudice with the Court within the next sixty (60) days pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties request that the Court retain jurisdiction of this case during said sixty (60) day period, and stay this case and adjourn all deadlines while the settlement documents are finalized.

DATED, this 4th day of December, 2019

            */s/Russel Weinrib*
            Russel Weinrib, Esq.
            **Stein Saks, PLLC**
            285 Passaic Street
            Hackensack, NJ 07601
            Ph: 201-282-6500
            Rweinrib@sreinsakslegal.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 5, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    */s/ Russel Weinrib*
    Russel Weinrib, Esq.